UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACHARY R. ECHLIN, | |
| Plaintiff, | CASE NO. C12-5954 BHS |
| v. | ORDER DISMISSING STATE LAW CLAIMS |
| ASSET SYSTEMS, INC., | |
| Defendant. | |

This matter comes before the Court on its order granting Defendant Asset Systems, Inc.'s ("Asset") motion to dismiss Plaintiff Zachary Echlin's ("Echlin") state law claims and granting Echlin leave to amend. (Dkt. 19). Pursuant to that order, Echlin's state law claims were dismissed without prejudice, and the Court granted him leave to file an amended complaint on or before February 8, 2013. Dkt. 19 at 14. In the order, the Court warned that failure to file an amended complaint by that date would result in dismissal of Echlin's state law claims with prejudice.

The deadline for submitting an amended complaint has passed, and Echlin has failed to file an amended complaint.

ORDER - 1

Therefore, it is hereby **ORDERED** that Echlin's state law claims are **DISMISSED with prejudice**.

Dated this 27th day of February, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge