UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZACHARY R. ECHLIN,

              Plaintiff,

     v.

ASSET SYSTEMS, INC.,

              Defendant.

CASE NO. C12-5954 BHS

ORDER DISMISSING FEDERAL CLAIMS WITH PREJUDICE

      This matter comes before the Court on its order granting Defendant Asset Systems, Inc.'s ("Asset") motion to dismiss Plaintiff Zachary Echlin's ("Echlin") federal claims and providing Echlin with an opportunity to properly support his §1692(c)(2) claim. Dkt. 25 at 6 and 9. Pursuant to that order, Echlin's 15 U.S.C. §§ 1692d and 1692f claims were dismissed with prejudice, and the Court gave Echlin until March 22, 2013 to respond to Defendant's motion for summary judgment with respect to his §1692(c)(2) claim. Dkt. 25 at 9. In the order, the Court warned Echlin that failure to file a response by March 22, 2013 would result in dismissal of his § 1692(c)(2)claim with prejudice. *Id.* The deadline for filing the response has passed, and Echlin has failed to file one.

ORDER - 1

Therefore, it is hereby **ORDERED** that Echlin's federal law claims are **DISMISSED with prejudice**. The Clerk is directed to close the case.

Dated this 5th day of April, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge